**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Shannon Denard JONES, Defendant–**
**Appellant.**

**No. 11–15526**
**Non–Argument Calendar.**

United States Court of Appeals,
'Eleventh Circuit.

Jan. 28, 2013.

Debra J. Stuart, U.S. Attorney's Office, Fort Pierce, FL, for Plaintiff–Appellee.

Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, Fletcher Peacock, Federal Public Defender's Office, Fort Pierce, FL, for Defendant–Appellant.

Shannon Denard Jones, Miami, FL, pro se.

Before TJOFLAT, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Fletcher Peacock, appointed counsel for Shannon Denard Jones in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jones's revocation of supervised release° and sentence are **AFFIRMED**.